| | |
|---|---|
| 1 | |
| 2 | |
| 3 | IN THE UNITED STATES DISTRICT COURT |
| 4 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 5 | OAKLAND DIVISION |

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–0254 JD |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CHANGE OF PLEA AND TRIAL SETTING TO DECEMBER 5, 2018** |
| v. | |
| ANTHONY US V. CRAFT, | **Court:**   Courtroom 11, 19th Floor |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and trial setting date, currently scheduled for Wednesday, November 14, 2018 at 10:30 a.m. before Honorable James Donato, be continued to Wednesday, December 5, 2018 at 10:30 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from November 14, 2018 to December 5, 2018, is hereby excluded from the Speedy Trial Act under 18 U.S.C. §3161(H)(7)(A) and (B)(iv) for effective preparation of counsel taking into account due diligence.  Based on the reasons provided in the stipulation, the Court finds that the ends of justice are served by the granting of the continuance and outweigh the best interests of the public and the defendant in a speedy and public trial.

**IT IS SO ORDERED.**

Dated:   11/13/18

HONORABLE JAMES DONATO
United States District Judge